| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| IP INNOVATION, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION H-02-2031 |
| | § | |
| WEBCT, INCORPORATED, et al., | § | United States Courts<br>Southern District of Texas<br>ENTERED |
| | § | |
| Defendants. | § | JUL 0 1 2004 |

Michael N. Milby, Clerk of Court

# Final Judgment

On their motions, IP Innovation, L.L.C., takes nothing from The Princeton Review, Inc., eCollege.Com, Digital Think, Inc., and Docent, Inc. [137-140, 145]

Signed June 30, 2004, at Houston, Texas.

Lynn N. Hughes
United States District Judge